■ LEONARD WELCH et al., Respondents, v ST. JOSEPH'S HOSPITAL HEALTH CENTER, Appellant, et al., Defendants. LEONARD WELCH and CHRISTINA WELCH, Respondents, v CALLA M. BASSETT, Appellant, et al., Defendants. [683 NYS2d 462] —Order unanimously affirmed with costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Tormey, III, J.). We add only that the decision of the Court of Appeals in

*Logue v Velez* (92 NY2d 13) does not require a different result because that case is factually distinguishable. (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Discovery.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Balio, JJ.